
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LINDA BRADBURY,

        Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil Action No.
3:14-CV-00591-TJM-DEP

## CONSENT ENTRY AND FINAL JUDGMENT

This matter is before the Court on the Plaintiff's Motion for Default Judgment filed on July 31, 2014.

The Court finds that all necessary parties have been served and are properly before the Court. The court further finds that both Plaintiff, United States of America, and the Defendant, Linda Bradbury, are represented by counsel and both consent to the terms and conditions contained herein. The Court further finds as required by Local Rule 41.3, and the parties hereby stipulate, that no party hereto is an infant or incompetent.

The Court finds that the allegations in the Plaintiff's Complaint are true, and that the Defendant's possessory interest in the temporary housing unit (THU) owned by the United States Government, and the subject matter of this litigation, has expired or has been otherwise lawfully terminated.

The Court further finds that, except as expressly provided herein, the Plaintiff, United States is entitled to exclusive possession of said THU, free of all right claim title and interest of all other parties.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT THE United States Government is entitled to title and all appurtenant rights of ownership, including possession, of a certain temporary housing unit (THU) presently located at Wooded Estates Lot 6, McCoy Road, Harpursville, NY, 13787, and identified by Vehicle Identification Number (VIN) 1401105150.

IT IS FURTHER ORDERED that the Plaintiff, Linda Bradbury shall quit the subject property, and shall vacate the THU, including the removal of any and all other personal property located in or about the THU no later than 12:00 pm (noon) on May 1, 2015.

IT IS FURTHER ORDERED that the United States is stayed from enforcing any possessory interest in the aforesaid THU until 12:01 pm on May 1, 2015.

IT IS FURTHER ORDERED that, in the event that the Defendant is still possessing, occupying or utilizing the aforesaid THU in any manner after 12:01 pm on May 1, 2015, the Plaintiff shall be entitled to seek an ex parte Writ of Execution delivering the possession of the subject THU to the Federal Emergency Management Agency, an Agency of the Plaintiff, United States. Upon a proper showing, the Court shall issue forthwith, an Order to the Clerk to issue said Writ of Execution.

Dated: February 19, 2015

RICHARD S. HARTUNIAN
United States Attorney

By: *(signature)*
Charles E. Roberts
Assistant United States Attorney
Counsel to Plaintiff United States of America
Bar Roll No. 102454

Dated: February 20, 2015

*(signature)* Linda Bradbury 2/20/15
Linda Bradbury
Defendant

Dated: February 2?, 2015

*(signature)*
Oliver N. Blaise, III, Esq.
Counsel for Defendant Linda Bradbury
Coughlin & Gerhart, LLP
99 Corporate Drive
PO Box 2039
Binghamton, New York 13902

So Ordered:

Dated: February 24, 2015
Binghamton, NY

*(signature)*
Hon. Thomas J. McAvoy
Senior U.S. District Judge